# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ANDREW STUART OUWENGA,<br><br>    Plaintiff,<br><br>v.<br><br>JOANNE VUKIN and SUZANNE HOSETH KREEGER,<br><br>    Defendants. | Case No. 1:23-CV-517<br><br>Hon. Jane M. Beckering |
| Andrew Stuart Ouwenga, Pro Se<br>P.O. Box 672<br>Howard City, MI 49329<br>(231) 414-3829 | Theodore W. Seitz (P60320)<br>Hannah E. Buzolits (P84702)<br>**Dykema Gossett PLLC**<br>Attorneys for Defendant JoAnne Vukin<br>201 Townsend, Ste. 900<br>Lansing, MI  48933<br>(517) 374-9150<br>tseitz@dykema.com<br>hbuzolits@dykema.com |

## DEFENDANT JOANNE VUKIN'S MOTION TO DISMISS COMPLAINT

For the reasons explained in the accompanying Brief in Support, which is fully incorporated herein, Defendant JoAnne Vukin respectfully requests that this Court dismiss Plaintiff's complaint under F Fed. R. Civ. P. 12(b)(1 and 12(b)(6) or the Court's inherent authority, and grant any other relief the Court may deem appropriate.

Pursuant to Local Rule 7.1(d), counsel for the Defendant JoAnne Vukin, Hannah E. Buzolits, contacted Plaintiff at the number listed on the case caption above to ascertain whether this Motion will be opposed.  Plaintiff indicated that the Motion will not be opposed and concurs in the dismissal of the instant action.

| | |
|---|---|
| Dated: September 8, 2023 | By: */s/ Theodore W. Seitz*<br>Theodore W. Seitz (P60320)<br>Hannah E. Buzolits (P84702)<br>Attorneys for JoAnne Vukin<br>Dykema Gossett PLLC<br>201 Townsend Street, Suite 900<br>Lansing, Michigan 48933<br>(517) 374-9100<br>TSeitz@dykema.com<br>HBuzolits@dykema.com |

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, Michigan 48933

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023 I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings. I further certify that a copy was caused to be served via first class mail upon:

Andrew Stuart Ouwenga
P.O. Box 672
Howard City, MI 49329

By: /s/ *Theodore W. Seitz*
Theodore W. Seitz (P60320)
Attorney for Defendant JoAnne Vukin

085383.000999  4881-2403-5966.1

DYKEMA GOSSETT PLLC • Capitol View, 201 Townsend Street, Suite 900, Lansing, Michigan 48933