UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW STUART OUWENGA,

    Plaintiff,

v.

JOANNE VUKIN and
SUZANNE HOSETH KREEGER,

    Defendants.
_____/

Case No. 1:23-cv-517

Hon. Jane M. Beckering

**ORDER OF DISMISSAL**

Plaintiff Andrew Stuart Ouwenga, proceeding pro se, filed the present lawsuit against Defendants Joanne Vukin and Judge Suzanne Hoseth Kreeger. *See* Compl. (ECF No. 1). The Court dismissed Defendant Kreeger for failure to complete service and for lack of prosecution. *See* Order of Partial Dismissal (ECF No. 8). The Court mailed Plaintiff a copy of the order of dismissal. However, the order was returned to the Court marked "RETURN TO SENDER," "VACANT", and "UNABLE TO FORWARD" (ECF No. 12). Defendant Vukin remains in this lawsuit and filed a motion to dismiss (ECF No. 9). Plaintiff has neither responded to the motion nor provided the Court with a valid address. In short, Plaintiff has taken no steps to prosecute this lawsuit.

The local court rules provide that "[a] judicial officer may issue an order to show cause why a case should not be dismissed for lack of prosecution or for failure to comply with these rules" and that if good cause is not shown, "a district judge may enter an order of dismissal with or without prejudice, with or without costs." W.D. Mich. LCivR 41.1. The local court rules

explicitly state that "[f]ailure of a plaintiff to keep the Court apprised of a current address shall be grounds for dismissal for want of prosecution." *Id*.

Plaintiff's lawsuit is subject to dismissal for want of prosecution because he has failed to keep the Court apprised of his current address as required by W.D. Mich. LCivR 41.1. While this rule contemplates the issuance of an order to show cause prior to dismissal, such an order would be a useless act because the Court has no address to serve the order. Accordingly, this lawsuit is DISMISSED without prejudice for want of prosecution.

**IT IS SO ORDERED.**

Dated: February 13, 2024  /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge